1002

THE STATE OF WASHINGTON, *Respondent,* v. JUAN CAMPOS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50363-9, Fred R. Staples, J., entered December 27, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

THE STATE OF WASHINGTON, *Respondent,* v. DENISE ETHEL COLE, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50350-7, Albert J. Yencopal, J., entered April 18, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

THE STATE OF WASHINGTON, *Respondent,* v. CARLETON DALE SLADE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-05998-1, Arthur E. Piehler, J., entered July 10, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Forrest, J., and Ringold, J. Pro Tem.